

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 30, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

### O R D E R

On April 27, 2015, Appellant filed two pro se documents: an explanation for his late notice of appeal and a "Motion for Bail/Bond."

Appellant is already represented in this appeal by court-appointed counsel: Barry P. Hitchings, Hitchings & Pollock, 645 South Presa, San Antonio, Texas 78210, telephone number 210-224-1433.

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court